Jill Garcia
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
Christina M. Mallatt
Nevada Bar No. 9112
christina.mallatt@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROGER ERRICO, | CASE NO.: 2:10-cv-01872-RLH-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| FED-EX FREIGHT, INC., a corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Roger Errico and Defendant Fed-Ex Freight, Inc., by and through their respective counsel, that the above-entitled action be dismissed with prejudice in its entirety, each party to bear its own fees and costs.

///

///

///

///

///

///

///

IT IS SO STIPULATED.

Dated this 6 day of October, 2011.

LAW OFFICES OF MIRIAM E.
RODRIGUEZ, P.C.

_____
MIRIAM E. RODRIGUEZ
Law Offices of Miriam E. Rodriguez
1771 E. Flamingo Avenue
#B-114
Las Vegas, NV 89119
Attorney for Plaintiff

Dated this ___ day of October, 2011.

NEHME-TOMALKA & ASSOCIATES

_____
DORIS E. NEHME-TOMALKA
2620 Regatta Drive
Suite 102
Las Vegas, NV 89128
Co-Counsel for Plaintiff

Dated this 7th of October, 2011.

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

_____
JILL GARCIA
CHRISTINA M. MALLATT
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Attorney for Defendant

## ORDER

IT IS SO ORDERED.

Dated this **12th day of October, 2011.**

_____
UNITED STATES DISTRICT JUDGE

11055293.1 (OGLETREE)