1  Jill Garcia
   Nevada Bar No. 7805
2  jill.garcia@ogletreedeakins.com
   Christina M. Mallatt
3  Nevada Bar No. 9112
   christina.mallatt@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Wells Fargo Tower
5  Suite 1500
   3800 Howard Hughes Parkway
6  Las Vegas, NV 89169
   Telephone: 702.369.6800
7  Fax: 702.369.6888
   *Attorneys for Defendant*

8

9                    IN THE UNITED STATES DISTRICT COURT

10                      FOR THE DISTRICT OF NEVADA

11

12  ROGER ERRICO,                          CASE NO.: 2:10-cv-01872-RLH-PAL

              Plaintiff,
13     vs.                                 **STIPULATION AND ORDER FOR
                                           DISMISSAL WITH PREJUDICE**
14  FED-EX FREIGHT, INC., a corporation,

15            Defendant.

16

17       IT IS HEREBY STIPULATED by and between Plaintiff Roger Errico and Defendant Fed-

18  Ex Freight, Inc., by and through their respective counsel, that the above–entitled action be

19  dismissed with prejudice in its entirety, each party to bear its own fees and costs.

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1    IT IS SO STIPULATED.

2

3    Dated this 6 day of October, 2011.          Dated this 7th of October, 2011.

4    LAW OFFICES OF MIRIAM E.                      OGLETREE, DEAKINS, NASH, SMOAK &
     RODRIGUEZ, P.C.                               STEWART, P.C.

5

6    _____              _____
     MIRIAM E. RODRIGUEZ                            JILL GARCIA
7    Law Offices of Miriam E. Rodriguez            CHRISTINA M. MALLATT
     1771 E. Flamingo Avenue                       Wells Fargo Tower
8    #B-114                                         Suite 1500
                                                    3800 Howard Hughes Parkway
9    Las Vegas, NV 89119                            Las Vegas, NV  89169
     Attorney for Plaintiff                         Attorney for Defendant

10

11   Dated this ___ day of October, 2011.

12   NEHME-TOMALKA & ASSOCIATES

13

14   _____
     DORIS E. NEHME-TOMALKA
15   2620 Regatta Drive
     Suite 102
16   Las Vegas, NV 89128
     Co-Counsel for Plaintiff

17

18

19

20                          **ORDER**

21        IT IS SO ORDERED.

22        Dated this **12th day of October, 2011.**

23

24   _____
25   **UNITED STATES DISTRICT JUDGE**

26

27   11055293.1 (OGLETREE)

28